JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON KUDZAYI JAMBWA, Petitioner, v. WARDEN, Respondent. | Case No. 5:26-cv-04283-FWS-PD<br>**JUDGMENT**<br>**A# 242-203-544** |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed without prejudice as moot.

The Clerk of the Court is directed to close this case.

DATED: October 15, 2026

HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE